IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Phillips, Joseph D

Printed: 2/26/08

Case Number:  07 B 15840
Judge: Squires, John H
Filed: 8/30/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: January 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 553.86 |  |
| Secured: |  | 174.65 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 349.30 |
| Trustee Fee: |  | 29.91 |
| Other Funds: |  | 0.00 |
| Totals: | 553.86 | 553.86 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,530.00 | 349.30 |
| 2. | Americredit Financial Ser Inc | Secured | 13,524.00 | 174.65 |
| 3. | Jefferson Capital Systems LLC | Unsecured | 245.28 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 91.22 | 0.00 |
| 5. | U.S. Department Of Education | Unsecured | 1,893.44 | 0.00 |
| 6. | B-Real LLC | Unsecured | 152.19 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 42.68 | 0.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 88.56 | 0.00 |
| 9. | Americredit Financial Ser Inc | Unsecured | 0.07 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 22.29 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 75.08 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 31.92 | 0.00 |
| 13. | Peoples Energy Corp | Unsecured | 19.09 | 0.00 |
| 14. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 15. | Household Retail Services | Unsecured | | No Claim Filed |
| 16. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 17. | First National Bank Of Marin | Unsecured | | No Claim Filed |
| 18. | Pinion Managment | Unsecured | | No Claim Filed |
| 19. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
|  |  |  | $ 19,715.82 | $ 523.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 29.91 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Phillips, Joseph D

Printed:  2/26/08

Case Number:  07 B 15840
Judge:  Squires, John H
Filed:  8/30/07

_____
$ 29.91

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

